AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

| | | |
|---|---|---|
| ELLIOT D. GOODIN, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:20-CV-0478-TOR |
| | ) | |
| | ) | |
| EASTERN STATE HOSPITAL, | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑   other:   The Complaint is DISMISSED without prejudice.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge ____Thomas O. Rice_____ for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

Date:  March 31, 2021_____

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen